Dismissed and Memorandum Opinion filed January 27, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00938-CV

____________

 

DOROTHEA CANGELOSI, Appellant

 

V.

 

LENA JO BARBER, Appellee

 



 

On Appeal from the 400th District Court

Fort Bend County, Texas

Trial Court Cause No. 05-DCV-144145

 



 

MEMORANDUM
 OPINION

This appeal is from a judgment signed August 9, 2010.  No
clerk’s record has been filed.  The clerk responsible for preparing the record
in this appeal informed the court appellant did not make arrangements to pay
for the record.  

On December 22, 2010, notification was transmitted to all
parties of the court’s intention to dismiss the appeal for want of prosecution
unless, within fifteen days, appellant paid or made arrangements to pay for the
record and provided this court with proof of payment.  See Tex. R. App.
P. 37.3(b).

Appellant has not provided this court with proof of payment
for the record. Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Panel consists of Justices
Brown, Boyce, and Jamison.